UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| CELESTE GAETA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:21-CV-31-PPS-JPK |
| | ) | |
| CRACKER BARREL OLD COUNTRY STORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, Celeste Gaeta, and Defendant, Cracker Barrel Old Country Store, Inc., filed a Stipulation of Dismissal With Prejudice. [DE 12.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal With Prejudice [DE 12] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITH PREJUDICE** this case in its entirety, with all parties bearing their own costs, fees and expenses. The Clerk is also **ORDERED** to **CLOSE** this case.

ENTERED: February 16, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**